166 F.3d 1206
 Ahik M. Simchoni, Sara Simchoni, Astell International Management, B.V.
v.
John Guest (U.S.A.), Inc., John Guest, Ltd., John D. Guest,
Robert T. Guest; John Guest (U.S.A.), Inc., as Successor to
John Guest U.S.A., Inc., John Guest Limited v. Cohen, Engel
& Albert, P.C., Gerald L. Albert, as C.P.A., as Partner of
Cohen, Engel & Albert, P.C.
 NOS. 98-6048, 98-6062
 United States Court of Appeals,
Third Circuit.
 August 24, 1998
 
 1
 Appeal From: D.N.J.
 
 
 2
 Appeal Dismissed.